# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | |
|---|---|
| **JOHN MATTHEW NORTON,** ) | |
| Plaintiff, ) | Case No. 2:08cv00062 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| **M.P. STIDHAM and** ) | |
| **SCOTT STANLEY,** ) | By: GLEN M. WILLIAMS |
| Defendants. ) | Senior United States District Judge |

This case is currently before the court on the motions for summary judgment filed on behalf of M.P. Stidham, (Docket Item No. 52), and Scott Stanley, (Docket Item No. 57). This case was referred, pursuant to 28 U.S.C. § 636(b)(1)(B), to the Honorable Pamela Meade Sargent, United States Magistrate Judge. Oral arguments were heard on the motions on December 17, 2009, and taken under advisement, (Docket Item No. 68.) On December 29, 2009, the Magistrate Judge entered a report and recommendation, (Docket Item No. 82), recommending that the motions be granted. Objections to the report were filed on January 11, 2010, (Docket Item No. 86), by the plaintiff.

After consideration of the issues and the arguments presented by the parties, I am of the opinion that the Magistrate Judge's report and recommendation should be **ACCEPTED**. Accordingly, for the reasons set forth in the Magistrate Judge's report and recommendation, the defendants' motions are **GRANTED**.

The Clerk is directed to enter this Order and send copies of this Order to all counsel of record.

The Clerk is further directed that this case is to be stricken from the docket.

ENTER: This 29th day of January 2010.

/s/ Glen M. Williams
SENIOR UNITED STATES DISTRICT JUDGE